FILED
July 12, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003625846

Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

**Dennis & Kari Stanley,**

Debtor(s).

Case No. 11-16049-A-7

DC No. JES-1

**MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**

Date: 08/10/11
Time: 9:00 a.m.
Dept: A

TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on, or about, 05/25/11.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is a liquor license (21-415781) and various items of personal property, a listing of which were attached to the notice of this hearing.

5. The trustee has obtained an offer from DWS Enterprises, Inc.(a California corporation owned by debtor-husband's father), or nominee, to purchase said asset(s), for the sum of $43,698($12,000 for the liquor license and $31,698 for the listed personal property). Funds have been deposited with the estate subject to court approval.

6. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

7. The property is to be sold free and clear of liens of which there are none known. **Sale is also subject to higher and better bid with the first overbid to be $53,000 or more. Bidders, to qualify, must have certified funds of at least $53,000.**

8. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

9. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to DWS Enterprises, Inc., or nominee.

DATED: 7/11/11

JAMES E. SALVEN, Movant

-2-